**SEALED**

FILED
August 21, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____RR_____
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**Case No: SA:24-CR-00413-FB**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>JONATHAN ADRIAN BRISENO<br>a/k/a SaTone Slick<br><br>Defendant | **INDICTMENT**<br><br>COUNT 1: 18 U.S.C. § 933<br>Firearm Trafficking<br><br>COUNT 2: 18 U.S.C. §922(j)<br>Possession of a Stolen Firearm<br><br>COUNT 3: 18 U.S.C. §922(o)<br>Possession of a Machine Gun<br><br>COUNT 4: 26 U.S.C. §5861(d)<br>Possession of Unregistered Machine Gun |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[18 U.S.C. § 933]

On or about the 9th day of April, 2024, in the Western District of Texas, the defendant,

**JONATHAN ADRIAN BRISENO, a/k/a "SaTone Slick,"**

did ship, transport, transfer, cause to be transported, or otherwise dispose of at least one firearm, to wit: a Glock model 22 pistol, .40 caliber, serial number HHB578, a SIG Sauer model P365 XL pistol, 9x19 mm caliber, serial number NRA048590, a Taurus model G3 pistol, 9x19 mm caliber, serial number ACC665138, and a Glock model 27 pistol, .40 caliber, serial number PTP840, to

another person in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony, to wit: smuggling goods from the United States, possession of a machinegun, and possession of a stolen firearm, all in violation of Title 18, United States Code, Section 933(a)(1).

## COUNT TWO
## [18 U.S.C. § 922(j)]

On or about the 9th day of April, 2024, in the Western District of Texas, the defendant,

**JONATHAN ADRIAN BRISENO, a/k/a "SaTone Slick,"**

knowingly possessed at least one stolen firearm, to wit: a SIG Sauer model P365 XL pistol, 9x19 mm caliber, serial number NRA048590, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT THREE
## [18 U.S.C. § 922(o)]

On or about the 9th day of April, 2024, in the Western District of Texas, the defendant,

**JONATHAN ADRIAN BRISENO, a/k/a "SaTone Slick,"**

did knowingly possess at least one machinegun, that is, a Glock model 22 pistol, .40 caliber, serial number HHB578, which was capable of firing automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT FOUR
## [26 U.S.C. §5861(d)]

On or about 9th day of April, 2024, in the Western District of Texas, the defendant,

**JONATHAN ADRIAN BRISENO, a/k/a "SaTone Slick,"**

knowingly possessed at least one firearm, to wit: a Glock model 22 pistol, .40 caliber, serial number HHB578, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

**NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE**
[*See* Fed. R. Crim. P. 32.2]

**I.**
**Firearm Violations and Forfeiture Statutes**
**[Title 18 U.S.C. §§ 922(j), (o), and 933 subject to forfeiture pursuant to**
**Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture**
**by Title 28 U.S.C. § 2461(c)]**

As a result of the criminal violations set forth in Counts One through Three, the United States of America gives notice to the Defendant of its intent to seek the forfeiture of certain property upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), which states:

> **Title 18 U.S.C. § 924. Penalties**
> **(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (a) . . . (j) . . . (o) . . . of section 922 . . . or 933 . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . . .

**II.**
**Firearm Violation and Forfeiture Statutes**
**[Title 18 U.S.C. § 933 subject to forfeiture pursuant to**
**Title 18 U.S.C. § 934(a)(1)(A) and (B)]**

As a result of the criminal violation set forth in Count One, the United States of America gives notice to the Defendant of its intent to seek the forfeiture of certain property upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 934(a)(1)(A) and (B), which state:

> **Title 18 U.S.C. § 934. Forfeiture and Fines.**
> **(a) Forfeiture. --**
> **(1) In general**. -- Any person convicted of a violation of section 932 or 933 shall forfeit to the United States, irrespective of any provision of State law--

(A) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation; and
(B) any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation . . .

### III.
### Unregistered Possession Violations and Forfeiture Statutes
**[Title 26 U.S.C. § 5861(d), subject for forfeiture pursuant to Title 26 U.S.C. § 5872(a), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the criminal violation set forth in Count Four, the United States of America gives notice to the Defendant of its intent to seek the forfeiture of certain property upon conviction and pursuant to FED. R. CRIM. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), which states the following:

**Title 26 U.S.C. § 5872.  Forfeitures**
**(a) Laws applicable.**—Any firearm involved in any violation of the provisions of this chapter shall be subject to seizure and forfeiture . . . .

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
Zachary W. Parsons
Assistant U.S. Attorney

4